THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEKO SERVICES, INC., | CASE NO. C21-0069-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BKR CONSTRUCTION SERVICES, INC., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| PARKER, SMITH & FEEK, INC., | |
| Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for withdrawal and substitution of attorneys for Third-Party Defendant Parker, Smith & Feek, Inc. (Dkt. No. 16.) The motion is GRANTED. Pursuant to the parties' stipulation and Local Civil Rule 83.2(b)(1), the Court ORDERS as follows:

1. The request of the law firm of Rockey Stratton P.S. to withdraw as counsel of record

1     for Defendant Parker, Smith & Feek, Inc.is GRANTED;

2.  Thomas C. Stratton and the law firm Bullivant Houser Bailey PC are hereby SUBSTITUTED as counsel of record for Defendant Parker, Smith & Feek, Inc.; and

3.  The withdrawal and substitution of counsel shall be effective immediately.

DATED this 8th day of March 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk