THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEKO SERVICES, INC., | CASE NO. C21-0069-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BKR CONSTRUCTION SERVICES, INC., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| PARKER, SMITH & FEEK, INC., | |
| Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Finding good cause, the Court GRANTS the parties' stipulated motion to continue the discovery deadline for limited depositions (Dkt. No. 26). Accordingly, as stipulated by the parties, the discovery cutoff is CONTINUED to June 18, 2022, for the limited purpose of deposing the following persons/parties: BKR Construction Services, Inc., Kern Roberts, Mary Roberts, Justin Buckley, Michael Pleas, Rick Partain, Steve Brown, and Bruce Pickard.

//

MINUTE ORDER
C21-0069-JCC
PAGE - 1

DATED this 6th day of June 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk
