THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEKO SERVICES, INC., | CASE NO. C21-0069-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BKR CONSTRUCTION SERVICES, INC., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| PARKER, SMITH & FEEK, INC., | |
| Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff Heko Services Inc. filed a motion for partial summary judgment noted for May 27, 2022. (Dkt. No. 18.) In the parties' stipulated motion to extend the discovery deadline, they advised the Court that they were "engaging in Rule 39.1 mediation. . . on June 9, 2022 and will, of course, notify the court if the matter settles." (Dkt. No. 26 at 2.)

In the interest of judicial efficiency, the Court ORDERS the parties to provide an update

MINUTE ORDER
C21-0069-JCC
PAGE - 1

on the status of mediation within 14 days of the date of this order. Further, the Clerk is DIRECTED to renote the motion for partial summary judgment (Dkt. No. 18) to June 14, 2022. All briefing and other deadlines related to this motion remain unchanged.

DATED this 14th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
