THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEKO SERVICES, INC., | CASE NO. C21-0069-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BKR CONSTRUCTION SERVICES, INC., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| PARKER, SMITH & FEEK, INC., | |
| Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Counsel for Plaintiff informed the Court via telephone that the parties have reached a settlement agreement. Accordingly, the motion for partial summary judgment (Dkt. No. 18) is DENIED as moot. The parties are ORDERED to file their stipulated notice of dismissal without a court order, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), within ten days of this minute order, or show cause why this case should not be dismissed with prejudice based on their settlement.

MINUTE ORDER
C21-0069-JCC
PAGE - 1

1 | DATED this 21st day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk